UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID JAMES LANCASTER,<br><br>                    Plaintiff,<br><br>  v.<br><br>KING COUNTY,<br><br>                    Defendant. | Case No. C17-0459-RSM<br><br>ORDER DISMISSING CIVIL RIGHTS COMPLAINT |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint and this action are DISMISSED, without prejudice, under 28 U.S.C. § 1915(e)(2)(B); and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 9 day of June 2017.

                                                                       */s/ Ricardo S. Martinez*
                                                                       RICARDO S. MARTINEZ
                                                                       CHIEF UNITED STATES DISTRICT JUDGE